UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 16-16521-JNP |
| | Chapter: 7 |
| Patrice Adams | Judge: Jerrold N. Poslusny Jr. |

NOTICE OF PROPOSED ABANDONMENT

JOHN W. HARGRAVE, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on November 22, 2016 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

| Description of Real Property | Petition Value |
|---|---|
| 900 Ashburn Way, Woolwich, NJ | $306,000.00 |

Liens on property:

| Description of Real Property | Creditors Info | Amount of Claim |
|---|---|---|
| 900 Ashburn Way, Woolwich, NJ | 1st mortgage---Nationstar | $267,028.15 |

Amount of Equity claimed as exempt:

| Description of Real Property | Value of Claimed Exemption |
|---|---|
| 900 Ashburn Way, Woolwich, NJ | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:           /s/ John W. Hargrave
Address:        117 Clements Bridge Road, Barrington, NJ 08007
Telephone No.:  (856) 547-6500

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-16521-JNP
Patrice Adams                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Oct 20, 2016
                              Form ID: pdf905          Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2016.
```
db          +Patrice Adams,    900 Ashburn Way,    Swedesboro, NJ 08085-4023
516295095    APS,    2527 Cranberry Hwy.,    Wareham, MA 02571-1046
516102952   +Advance America,    4023 Kennet Pike, Suite 154,    Wilmington, DE 19807-2018
516102953    Akron Billing Center,    3585 Ridge Park Dr.,    Akron, OH 44333-8203
516102954    Apex Asset Management,    1286 Carmichael Way,    Montgomery, AL 36106-3645
516102955   +Asperio,    4715 Traders Way Ste 201,    Thompsons Station, TN 37179-5367
516102957    C & H Collection Serivces, Inc,    Po Box 1399,    Merchantville, NJ 08109-0399
516288305   #C&H Collections,    RE: Cooper Orthopedics,    1 Federal Street, N-100,    Camden, NJ 08103-1091
516102992  ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
             (address filed with court: VERVE/Mastercard,    PO Box 8099,    Newark, DE 19714)
516102958   +Capital One,    PO Box 30281,    Salt Lake, UT 84130-0281
516102960   +Check 'N Go,    7755 Montgomery Rd,    Cincinnati, OH 45236-4197
516102961   +Comenity Bank,    P.O. Box 182789,    Columbus, OH 43218-2789
516102964   +Convergent,    500 SW 7th STreet - Building A 100,    Renton, WA 98057-2983
516102965    Cooper University Health Care,    P.O Box 95000-4645,    Philadelphia, PA 19195-4345
516288315    Emerg Care Services of NJ,    PO Box 740021,    Cincinnati, OH 45274-0021
516297455   +Emerg Care Services of Nj,P.A.,    6681 Country Club Drive,    Golden Valley MN 55427-4601
516102966   +Exceptional Medical Transportation,    P.O. Box 19,    West Berlin, NJ 08091-0019
516102968   +Green Lane Lawn Care,    710 Green Lane Ste 1,    Mullica Hill, NJ 08062-2820
516102970   +HSBC Bank,    PO Box 9,    Buffalo, NY 14240-0009
516288314    Health Republic,    PO Box 1269,    Piscataway, NJ 08855-1269
516295097    Health Republic Insurance of NJ,    PO Box 1289,    Piscataway, NJ  08855
516288310   +Heartland Care Partners NJ,    L 2540,    Columbus, OH 43260-0001
516295098   +Independence Blue Cross,    1901 Market Street,    Philadelphia, PA 19103-1475
516102971    Inspira Health,    P.O. Box 48274,    Newark, NJ 07101-8474
516288304    Inspira Medical Center,    PO Box 95000-7130,    Philadelphia, PA 19195-7130
516288302    Lourdes Cardiology Services,    PO Box 824699,    Philadelphia, PA 19182-4699
516102976   +Maxlend,    PO Box 639,    Parshall, ND 58770-0639
516102977   +Mid America Bank & Trust,    PO Box 400,    Dixon, MO 65459-0400
516102978   +Minute Loan,    272 Bendix Rd, Suite 500,    Virginia Beach, VA 23452-1367
516102979   +National Title Loans,    2419 Kirkwood Highway,    Wilmington, DE 19805-4906
516102980    Ocean Home Health,    1000 Airport Rd Ste 205,    Lakewood, NJ 08701-5960
516288316    Optumrx,    Attn: Collections,    PO Box 9040,    Carlsbad. CA 92018-9040
516102983   +Quality Assest Recovery,    7 Foster Ave STE 101,    Gibbsboro, NJ 08026-1191
516288303    Regional Diagnostic Imaging, LLC,    2527 Cranberry Hwy,    Wareham, MA 02571-1046
516295099    Rowan School of,    Osthepathic Medicine,    PO Box 625,    Bellmawr, NJ  08099-0635
516288312    Rowan University,    PO Box 635,    Bellmawr, NJ 08099-0635
516102987  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court: State Of NJ, Division Of Taxation,    PO Box 245,    Dept. Of Treasury,
             Trenton, NJ 08695-0245)
516102984   +South Jersey Anesthesia,    P.O. Box 766,    Woodbury, NJ 08096-7766
516288307    South Jersey Family Medicine Associates,    608 N. Broad Street,    Suite 100,
             Woodbury, NJ 08096-1794
516102985   +South Jersey Gas,    Po Box 577,    Attn: Mrs. DeMarco,    Hammonton, NJ 08037-0577
516102986   +South Jersey Radioligy Associate,    P O Box 23355,    Newark, NJ 07189-0355
516102988   +State Of NJ- Division Of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
516184879   +TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 9013,    ADDISON, TEXAS 75001-9013
516102989    Target Credit,    3701 Wayzata Blvd,    Minneapolis, MN 55416-3401
516102990   +Toyota Financial Services,    PO Box 9786,    Cedar Rapids, IA 52409-0004
516295100    Tri State Adjustments,    3439 East Ave. S.,    La Cross, WI  54601-7241
516288306    Tristate Adjustments Inc,    Po Box 3219,    La Crosse, WI 54602-3219
516288309    United Healthcare,    PO Box 740800,    Atlanta, GA 30374-0800
516288313    Woodbury Surgical Associates,    127 N. Broad Street,    Woodbury, NJ 08096-1718
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 20 2016 22:57:39    U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 20 2016 22:57:36    United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
516102956   +E-mail/Text: bankruptcy@pepcoholdings.com Oct 20 2016 22:57:16    Atlantic City Electric,
             5 Collins Drive Suite 2133,    Pepco Holdings Inc, Bankruptcy Division,
             Penns Grove, NJ 08069-3600
516102959   +E-mail/Text: bankruptcy@cavps.com Oct 20 2016 22:57:59    Cavalry Portfolio Service,
             500 Summit Lake,    Valhalla, NY 10595-2322
516105671   +E-mail/Text: bankruptcy@cavps.com Oct 20 2016 22:57:59    Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516102963    E-mail/Text: bankruptcy@consumerportfolio.com Oct 20 2016 22:57:51
             Consumer Portfolio Services, Inc,    PO Box 57071,    Irvine, CA 92619-7071
516102967   +E-mail/Text: fggbanko@fgny.com Oct 20 2016 22:56:57    Foster Garbus & Garbus,    7 Banta Place,
             Hackensack, NJ 07601-5604
516102973   +E-mail/Text: cio.bncmail@irs.gov Oct 20 2016 22:57:09    IRS,    1601 Market St,
             Philadelphia, PA 19103-2301
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Oct 20, 2016
                              Form ID: pdf905          Total Noticed: 61

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516102981         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 20 2016 23:05:16
                   Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
516102982         E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 20 2016 22:58:34
                   Progress Garden State Ins Co,    Po Box 55126,    Payment Processing Center - 27,
                   Boston, MA 02205-5126
516118661         E-mail/Text: bnc-quantum@quantum3group.com Oct 20 2016 22:57:28
                    Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
516102969        +E-mail/Text: collections@greentrustcash.com Oct 20 2016 22:58:26        greentrust,    PO Box 340,
                   Hays, MT 59527-0340
                                                                                                 TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516102962*       +Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
516295096*        Cooper University Health Care,    PO Box 95000-4645,    Philadelphia, PA  19195-4345
516288311*       +Exceptional Medical Transportation,    PO Box 19,    West Berlin, NJ 08091-0019
516288308*       +Green Lane Lawn Care,    710 Green Lane, Suite 1,    Mullica Hill, NJ 08062-2820
516102974*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                  (address filed with court:   Irs,    P.O. Box 724,    Springfield, NJ 7081)
516102972*        IRS,    PO Box 744,    Springfield, NJ 07081-0744
516102975*       +Irs,   P.O. Box 7346,    Philadelphia, PA 19101-7346
516102991*       +Toyota Financial Services,    P.O. Box 9786,    Cedar Rapids, IA 52409-0004
                                                                                          TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2016                          Signature:   /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for J.P.
               Morgan Alternative Loan Trust 2006-A4, Mortgage Pass-Through Certificates
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
               jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
              John W. Hargrave    trustee@hargravelaw.com,    jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
              Seymour  Wasserstrum    on behalf of Debtor Patrice  Adams mylawyer7@aol.com,    ecf@seymourlaw.net
                                                                                                 TOTAL: 4
```